AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA
V.
STEPHEN PRIEST,
c/o Edson A. Bostic, Esq.
First Federal Plaza
704 King St., Suite 110
Wilmington, DE 19801

## SUMMONS IN A CRIMINAL CASE

Case Number: 07-139-UNA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Courtroom #6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, United States Magistrate Judge | THURSDAY 11/1/07 AT 1:00 PM |

** Please report to the U.S. Marshal's in Rm #100 by 12:00 PM

To answer a(n)
X Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title  29  United States Code, Section(s)  501(c)

Brief description of offense:
COUNTS 1 - 10 - EMBEZZLEMENT OF FUNDS



_____    10/24/07  at Wilmington, DE
Signature of Issuing Officer            Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer



FILED
OCT 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _Via Edson Bostic @ the US Courthouse on 10/24/07_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned    _10-25-07_
            Date

_DWThomas_
Name of United States Marshal

_Barbara Fahey_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.