IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | No. 07-139 |
| v. | : | |
| STEPHEN PRIEST, | : | |
| Defendant. | : | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 1, 2, 3, 5, 6, 7, 8, 9, 10, 11 and 12 of the Indictment pursuant to the Memorandum of Plea Agreement dated January 10, 2008.

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: April 21, 2008

SO ORDERED this 21st day of Apr., 2008.

_____
HONORABLE GREGORY M. SLEET
United States District Court

FILED

MAY - 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE